DANTE LAUDADIO v. BECKER, BENDIXEN & MURPHY.

May 16, 1984.

Petition for certification denied.

SEDDON–LATHROP OIL CORPORATION v. SERIES I PLUS, INC. AND ADL ENTERPRISES, INC., AND ICC, INC.

May 16, 1984.

Petition for certification denied.

DOMINGA GONZALEZ v. CITY OF LONG BRANCH.

May 16, 1984.

Petition for certification denied.

NORMAN I. KLEIN v. MARGARET COX.

May 16, 1984.

Petition for certification denied.